AO 442 (Rev 11/11) Arrest Warrant                                                    1123392G

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC ▪1:25
RECEIVED FEB 5 '21

| United States of America | ) Case: 1:21-mj-00202 |
| v. | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/5/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| RUBEN VERASTIGUI | ) |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **RUBEN VERASTIGUI**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt and possession of child pornography, in violation of 18 U.S.C. section 2252A(a)(2) and section 2252A(a)(5)(B).

Date:   02/05/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.05 12:56:52 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         G. Michael Harvey, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/5/2021, and the person was arrested on *(date)* 2/5/2021
at *(city and state)* Washington DC

Date: 2/8/2021

*Arresting officer's signature*

Steven Caldwell  DEO
*Printed name and title*