UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-202 |
| | : | |
| RUBEN VERASTIGUI, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2252(a)(2) |
| Defendant. | : | (Receipt of Child Pornography) |
| | : | 18 U.S.C. § 2253(a) |
| | : | (Forfeiture) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between the dates of April 2020 and February 5, 2021, in the District of Columbia and elsewhere, the defendant, **RUBEN VERASTIGUI**, did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

### FORFEITURE ALLEGATIONS

*Criminal Forfeiture* –18 U.S.C. § 2253(a)

As a result of the violation of 18 U.S.C. § 2252(a)(2), as set forth in Count One of this Information, upon conviction the defendant shall forfeit to the United States: (1) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110, pursuant to 18 U.S.C. § 2253(a); shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, pursuant to 18 U.S.C. § 2253(a).

Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation(s) of 18 U.S.C. § 2252(a)(2) as alleged in this Information. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(1)　cannot be located upon the exercise of due diligence;

(2)　has been transferred or sold to, or deposited with, a third party;

(3)　has been placed beyond the jurisdiction of the Court;

(4)　has been substantially diminished in value; or

(5)　has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(a) to seek to forfeit any other property of the defendant up to the listed value.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:    */s// April N. Russo*
        _____
        APRIL NICOLE RUSSO
        Assistant United States Attorney
        PA Bar Number 313475
        U.S. Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-1717
        April.Russo@usdoj.gov