# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 21-CR-409** |
| : | |
| **RUBEN VERASTIGUI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Caroline Burrell is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

　　*/s// Caroline Burrell*
CAROLINE BURRELL
C.A. Bar No. 283687
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. 202-252-6950
Caroline.Burrell@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                                   */s// Caroline Burrell*  
                                                             CAROLINE BURRELL  
                                                             Assistant United States Attorney