IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-409 (APM) |
| | ) | |
| | ) | |
| RUBEN VERISTIGUI | ) | |

## NOTICE TO THE COURT

COMES NOW Kira Anne West, counsel for Ruben Veristigui in the above captioned case, and reports that Mr. Veristigui previously consented to a remote hearing and that his sentencing be held virtually via video conference, also known as ZOOM, pursuant to the Cares Act.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 7th day of April, 2022 a copy of same was delivered to the parties of record, by email, and filed under seal pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West

2