**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO's: |
| | | . 08-57(BJR); 16-211(RBW); 18-169(CRC); 16-16(EGS); 16-111(RJL); 18-187(PLF); 18-237(TSC); 18-267(APM);1 8 CR 389(BAH); 19-391(JDB); 21-145(JDB); 21-163(JDB); 21-409(APM); 21-623(CRC). |

Aurelio Cano Flores;
Huwida Fadl;
Jacob Greenbaum;
Randy Koontz;
Tonia Garnett;
Colleen Stevenson;
Jason White;
Anthony Fields;
Linwood Thorne;
Brittany Bailey;
Olatunji Dawodu
Ruben Veristigui;
Brittany Baily;  &
 Kirsten Niemela, Defendants.

**DEFENDANT'S NOTICE OF WITHDRAWAL AS COUNSEL**

Ms. Kira Anne West, respectfully gives notice to the Court that she is withdrawing as counsel from the above enumerated cases. These cases either have new lawyers appointed subsequent to undersigned counsel's representation and/or they have been dismissed against the defendant, and/or the defendant is on

1

supervised release and undersigned counsel will be retired when that supervised release ends.

                                      Respectfully submitted,

                                      KIRA ANNE WEST

By:         /s/   *Kira Anne West*
     Kira Anne West
     DC Bar No. 993523
     712 H Street N.E., Unit 509
     Washington, D.C. 20002
     Phone: 202-236-2042
     kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 30th day of July, 2024, a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

                                   /S/   *Kira West*
                                  Kira Anne West